UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BETSY MESSINA )<br>Plaintiff, )<br> )<br>v. )<br> )<br>LAW OFFICES OF HOWARD LEE )<br>SCHIFF, PC AND DOES 1-10 )<br>Defendants, ) | Civil No. 2:11-cv-404-GZS |

## JUDGMENT

Pursuant to the Order Granting Amended Motion to Dismiss entered by U.S. District Judge George Z. Singal on May 25, 2012, the Plaintiff, Betsy Messina's complaint is hereby dismissed.

                                            CHRISTA K. BERRY
                                            CLERK


                    By:    /s/ Lindsey Caron
                              Deputy Clerk

Dated: May 25, 2012